Opinion by Cole, J. On the record presented and following the principle set forth in *Procter & Gamble Manufacturing Co.* v. *United States* (19 C. C. P. A. 415, T. D. 45578), the claim of the plaintiff was sustained.

**No. 53073.**—Chong Kee Jan & Co. et al. v. United States, protests 922779–G, etc. (San Francisco).

Opinion by Cole, J. The protests were dismissed.

**No. 53074.**—Bing Kee Co. et al. v. United States, protests 69092–K, etc. (San Francisco).

Opinion by Cole, J. The protests were dismissed.

**No. 53075.**—Chong Kee Jan & Co. et al. v. United States, protests 83905–K, etc. (San Francisco).

Opinion by Cole, J. The protests were dismissed.

**No. 53076.**—Bock Hing Trading Corp. et al. v. United States, protests 135900–K, etc. (San Francisco).

Opinion by Cole, J. The protests were dismissed.

**No. 53077.**—Amtorg Trading Corp. et al. v. United States, protests 143121–K, etc. (New York).

Opinion by Mollison, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, APRIL 27, 1949

**No. 53078.**—Abercrombie & Fitch Co. et al. v. United States, protests 104531–K, etc. (New York).

Opinion by Rao, J. By virtue of the decision in *United States* v. *American Viscose Corporation* (30 C. C. P. A. 240, C. A. D. 239), the protests were dismissed.

**No. 53079.**—Chas. H. Asche & Co. et al. v. United States, protests 110111–K, etc. (New York).

Opinion by Rao, J. By virtue of the decision in *United States* v. *American Viscose Corporation* (30 C. C. P. A. 240, C. A. D. 239), the protests were dismissed.

**No. 53080.**—Amrein Freudenberg Co., Inc., et al. v. United States, protests 115970–K, etc. (New York).

Opinion by Rao, J. By virtue of the decision in *United States* v. *American Viscose Corporation* (30 C. C. P. A. 240, C. A. D. 239), the protests were dismissed.

**No. 53081.**—D. Ashear & Bros. et al. v. United States, protests 118554–K, etc. (New York).

Opinion by Rao, J. By virtue of the decision in *United States* v. *American Viscose Corporation* (30 C. C. P. A. 240, C. A. D. 239), the protests were dismissed.